United States District Court
Southern District of Texas
**ENTERED**
February 25, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| LILA HEARD, | § § § | |
| Plaintiff, | § | |
| V. | § | CIVIL ACTION NO. 6:25-CV-00055 |
| | § | |
| CITY OF PORT LAVACA, TEXAS, *et al.*, | § § § | |
| Defendants. | § | |

### ORDER

Before the Court is Plaintiff's motion for extension of time to file objections. (D.E. 35).

After review, the Court **GRANTS** in part the motion. (D.E. 35). Plaintiff may file objections **on or before March 9, 2026**.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
February 25, 2026